

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| ROSE SHIELDS o/b/o THE MINOR CHILDREN, DS, DS, DS and DS INDIVIDUALLY AND o/b/o THEIR DECEASED MOTHER FLORINE SHIELDS (D) | CIVIL ACTION NO. 10-1664 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PRIMARY HEALTH SERVICES CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 15], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant United States' Motion to Dismiss [Doc. No. 7] is GRANTED, and that Plaintiff's claims in this matter are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this ___ day of March, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE